UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 20-35354 |
|---|---|---|
| | § | |
| RNB CONSTRUCTION, INC. | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/02/2020. The undersigned trustee was appointed on 11/02/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $343,710.63

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $64,484.09 |
   | Bank service fees | $3,001.07 |
   | Other Payments to creditors | $143,348.72 |
   | Non-estate funds paid to 3rd Parties | $34,436.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $98,440.75 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/23/2021 and the deadline for filing government claims was 05/01/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $18,713.73. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $18,713.73, for a total compensation of $18,713.73[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/09/2022           By:   /s/ Christopher R. Murray
                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 20-35354-EVR | Trustee Name: | Christopher R. Murray |
|---|---|---|---|
| Case Name: | RNB CONSTRUCTION, INC. | Date Filed (f) or Converted (c): | 11/02/2020 (f) |
| For the Period Ending: | 3/9/2022 | §341(a) Meeting Date: | 12/01/2020 |
| | | Claims Bar Date: | 02/23/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Litigation settlement regarding 0 Kolenda, Harris Co. TX (u) | $0.00 | $225,002.57 | | $225,002.57 | FA |
| 2 | Premium refund from Humana Inc. (u) | $0.00 | $138.06 | | $138.06 | FA |
| 3 | Checking Acct 1411 w/Woodforest Natl Bank | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Checking Acct 9886 w/Woodforest Natl Bank | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Checking Acct 9795 w/Woodforest Natl Bank | $21.02 | $0.00 | | $0.00 | FA |
| 6 | Checking Acct 9787 w/Woodforest Natl Bank | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Accounts Receivable | $123,715.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Noticed abandoned. 07262021 #93. | | | | | |
| 8 | Office furniture (conf table and chairs) | $450.00 | $0.00 | | $0.00 | FA |
| 9 | Office equipment (computer) | $500.00 | $0.00 | | $0.00 | FA |
| 10 | 2017 Ford F250 | $50,000.00 | $0.00 | | $0.00 | FA |
| 11 | 2006 John Deere 310G (see ECF91 re Chase lien) | $20,000.00 | $13,000.00 | | $15,600.00 | FA |
| Asset Notes: | (see report of sale ECF77) | | | | | |
| 12 | 2017 John Deere 5085E tractor w/H240 farm loader attachment | $40,000.00 | $0.00 | | $0.00 | FA |
| 13 | 2001 Big T UT 20' trailer | $2,000.00 | $2,000.00 | | $2,700.00 | FA |
| Asset Notes: | (see report of sale ECF77) | | | | | |
| 14 | 2009 CHUY UT 16' trailer | $1,000.00 | $1,000.00 | | $1,200.00 | FA |
| Asset Notes: | (see report of sale ECF77) | | | | | |
| 15 | 2015 Road FB 8' trailer | $500.00 | $500.00 | | $1,000.00 | FA |
| Asset Notes: | (see report of sale ECF77) | | | | | |
| 16 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Duplicative of Asset 1 | | | | | |
| 17 | 6318 Cobalt, Houston TX | $136,982.00 | $62,004.17 | | $93,000.00 | FA |
| Asset Notes: | (see report of sale ECF88) | | | | | |
| 18 | Default Judgment v. Luxury Car Rentals of TX | $5,812.50 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Noticed abandoned. 07262021 #93. | | | | | |
| 19 | Fuel Tank (no pump) (u) | $0.00 | $70.00 | | $70.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
ASSET CASES

Page No: 2    Exhibit A

| Case No.: | 20-35354-EVR | Trustee Name: | Christopher R. Murray |
|---|---|---|---|
| Case Name: | RNB CONSTRUCTION, INC. | Date Filed (f) or Converted (c): | 11/02/2020 (f) |
| For the Period Ending: | 3/9/2022 | §341(a) Meeting Date: | 12/01/2020 |
| | | Claims Bar Date: | 02/23/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** (see report of sale ECF77) | | | | | |
| **Ref. #** | | | | | |
| 20  Claim against Certain Underwriters at Lloyd's, London (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                    **Gross Value of Remaining Assets**
                                               $380,980.52                    $308,714.80                                            $343,710.63                                      $0.00

**Major Activities affecting case closing:**
   All assets administered. Need taxes and professional fees.
   comp and settle pending
   Litigation settlement received; pursuing sale of real estate.
   SL - Preliminary Conflicts run

| Initial Projected Date Of Final Report (TFR): | 06/30/2022 | Current Projected Date Of Final Report (TFR): | 03/31/2022 | /s/ CHRISTOPHER R. MURRAY |
|---|---|---|---|---|
| | | | | CHRISTOPHER R. MURRAY |
| | | | | /s/ Christopher R. Murray |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-35354-EVR | | Trustee Name: | Christopher R. Murray |
|---|---|---|---|---|
| Case Name: | RNB CONSTRUCTION, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2642 | | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/2/2020 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 3/9/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/20/2020 | (1) | Hanszen Laporte LLP Iolta Account | Litigation settlement | 1229-000 | $225,002.57 | | $225,002.57 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $128.83 | $224,873.74 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $362.87 | $224,510.87 |
| 01/04/2021 | (2) | Humana | premium refund | 1229-000 | $138.06 | | $224,648.93 |
| 01/07/2021 | 1001 | Smyma Ready Mix, LLC | Payment on secured claim per Order. 1/6/2021 #37. | 4220-000 | | $60,888.70 | $163,760.23 |
| 01/07/2021 | 1002 | Hanszen Laporte LLP | Payment on non-estate property per order. 1/6/2021 #37. | 8500-002 | | $27,436.00 | $136,324.23 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $270.53 | $136,053.70 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $198.30 | $135,855.40 |
| 03/24/2021 | 1003 | George Adams & Company Ins. Agy. LLC | Forced-place insurance on real property. BLR 2016-1(e)(4). | 2990-000 | | $1,412.29 | $134,443.11 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $219.22 | $134,223.89 |
| 04/22/2021 | 1004 | Texas Comptroller | Franchise tax. 04212021 #70. | 2820-000 | | $1,538.00 | $132,685.89 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $223.33 | $132,462.56 |
| 05/10/2021 | | ATX Auctions - Pasadena | Auction proceeds. 04192021 #68 | * | $20,570.00 | | $153,032.56 |
| | {11} | | JD Backhoe 310G $15,600.00 | 1129-000 | | | $153,032.56 |
| | {14} | | 2009 Chuys C5 Trailer $1,200.00 | 1129-000 | | | $153,032.56 |
| | {15} | | 8' trailer $1,000.00 | 1129-000 | | | $153,032.56 |
| | {13} | | Big Tex trailer $2,700.00 | 1129-000 | | | $153,032.56 |
| | {19} | | fuel tank $70.00 | 1229-000 | | | $153,032.56 |
| 05/11/2021 | 1005 | ATX Auctions Pasadena | Auctioneer commissions. 04192021 #68; 05102021 #77. | 3610-000 | | $6,171.00 | $146,861.56 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $217.09 | $146,644.47 |
| 06/07/2021 | 1006 | Jones Murray & Beatty LLP | 04302021 #73. First Interim Fee Order. | * | | $17,790.48 | $128,853.99 |
| | | | Jones Murray, 04302021 #73. First Interim atty Fees. $(16,720.00) | 3110-000 | | | $128,853.99 |
| | | | Jones, Murray, 04302021 #73. First Interim atty Expenses. $(1,070.48) | 3120-000 | | | $128,853.99 |

| | | | | | SUBTOTALS | $245,710.63 | $116,856.64 |

Page No: 2  Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 20-35354-EVR | | Trustee Name: | Christopher R. Murray |
|---|---|---|---|---|
| Case Name: | RNB CONSTRUCTION, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2642 | | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/2/2020 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 3/9/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/16/2021 | | Amaal Properties LLC | 05282021 #85. report of sale ECF88 | * | $2,931.82 | | $131,785.81 |
| | {17} | | Purchase price. 05282021 #85.  $93,000.00 | 1110-000 | | | $131,785.81 |
| | | | Realtor commission. 05282021 #85.  $(5,580.00) | 3510-000 | | | $131,785.81 |
| | | | Realtor expenses. 05282021 #85.  $(480.16) | 3520-000 | | | $131,785.81 |
| | | | JET Lending lien payoff. 05282021 #85.  $(75,460.02) | 4110-000 | | | $131,785.81 |
| | | | Closing costs. 05282021 #85.  $(1,548.00) | 2500-000 | | | $131,785.81 |
| | | | Seller credit  $(7,000.00) | 8500-002 | | | $131,785.81 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $210.92 | $131,574.89 |
| 07/15/2021 | 1007 | JPMorgan Chase Bank, N.A. | lien on John Deere tractor sold by trustee; see Stipulation. 07152021 #91. | 4210-000 | | $7,000.00 | $124,574.89 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $216.98 | $124,357.91 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $194.20 | $124,163.71 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $193.89 | $123,969.82 |
| 10/05/2021 | 1008 | International Sureties, LTD. | Blanket bond premium for term 10/1/21 to 12/1/22. | 2300-000 | | $43.88 | $123,925.94 |
| 10/14/2021 | (20) | Gulf Coast Claims Service | Settlement payment. 10052021 #106. | 1229-000 | $5,000.00 | | $128,925.94 |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $204.41 | $128,721.53 |
| 11/10/2021 | 1009 | Jones Murray & Beatty LLP | Second and Final Fees and Expenses. 11102021 #113. | * | | $18,414.48 | $110,307.05 |
| | | | Jones Murray, Second and Final atty Fees. 11102021 #113.  $(16,822.50) | 3110-000 | | | $110,307.05 |
| | | | Jones Murray, Second and Final atty Expenses. 11102021 #113.  $(1,591.98) | 3120-000 | | | $110,307.05 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $182.80 | $110,124.25 |
| 12/20/2021 | 1010 | William G. West, P.C., C.P.A. | First and final fees and expenses. 12202021 #117. | * | | $11,505.80 | $98,618.45 |
| | | | Wm West, First and final acct fees. 12202021 #117.  $(11,328.50) | 3410-000 | | | $98,618.45 |
| | | | Wm West, First and final atty expenses. 12202021 #117.  $(177.30) | 3420-000 | | | $98,618.45 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $177.70 | $98,440.75 |

SUBTOTALS  $7,931.82  $38,345.06

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 20-35354-EVR | |
| **Case Name:** | RNB CONSTRUCTION, INC. | |
| **Primary Taxpayer ID #:** | **-***2642 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/2/2020 | |
| **For Period Ending:** | 3/9/2022 | |

| | |
|---|---|
| **Trustee Name:** | Christopher R. Murray |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******5401 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $0.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | |
|---|---|---|---|
| **TOTALS:** | $253,642.45 | $155,201.70 | $98,440.75 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| **Subtotal** | $253,642.45 | $155,201.70 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| **Net** | $253,642.45 | $155,201.70 | |

| For the period of 11/2/2020 to 3/9/2022 | | For the entire history of the account between 11/20/2020 to 3/9/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $343,710.63 | Total Compensable Receipts: | $343,710.63 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $343,710.63 | Total Comp/Non Comp Receipts: | $343,710.63 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $210,833.88 | Total Compensable Disbursements: | $210,833.88 |
| Total Non-Compensable Disbursements: | $34,436.00 | Total Non-Compensable Disbursements: | $34,436.00 |
| Total Comp/Non Comp Disbursements: | $245,269.88 | Total Comp/Non Comp Disbursements: | $245,269.88 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 4     Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-35354-EVR | | Trustee Name: | Christopher R. Murray |
|---|---|---|---|---|
| Case Name: | RNB CONSTRUCTION, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2642 | | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/2/2020 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 3/9/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $253,642.45 | $155,201.70 | $98,440.75 |

**For the period of 11/2/2020 to 3/9/2022**

| | |
|---|---|
| Total Compensable Receipts: | $343,710.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $343,710.63 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $210,833.88 |
| Total Non-Compensable Disbursements: | $34,436.00 |
| Total Comp/Non Comp Disbursements: | $245,269.88 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/02/2020 to 3/9/2022**

| | |
|---|---|
| Total Compensable Receipts: | $343,710.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $343,710.63 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $210,833.88 |
| Total Non-Compensable Disbursements: | $34,436.00 |
| Total Comp/Non Comp Disbursements: | $245,269.88 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ CHRISTOPHER R. MURRAY

CHRISTOPHER R. MURRAY

/s/ Christopher R. Murray

CLAIM ANALYSIS REPORT  Page No: 1  Exhibit C

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case No. | 20-35354-EVR | | | | | | | Trustee Name: | Christopher R. Murray | | |
| Case Name: | RNB CONSTRUCTION, INC. | | | | | | | Date: | 3/9/2022 | | |
| Claims Bar Date: | 02/23/2021 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CHRISTOPHER R. MURRAY<br><br>602 Sawyer St Ste 400<br>Houston TX 77007 | 07/19/2021 | TRUSTEE COMPENSATION - 507(a) 1 -- 503(b) ADMINISTRATIVE | Allowed | 2100-000 | $0.00 | $18,713.73 | $18,713.73 | $0.00 | $0.00 | $0.00 | $18,713.73 |
| | WILLIAM WEST<br><br>12837 Louetta Road Suite 201<br>Cypress TX 77429 | 12/20/2021 | ACCOUNTANT COMPENSATION - Other Firm | Allowed | 3410-000 | $0.00 | $11,328.50 | $11,328.50 | $11,328.50 | $0.00 | $0.00 | $0.00 |
| | WILLIAM WEST<br><br>12837 Louetta Road Suite 201<br>Cypress TX 77429 | 12/20/2021 | Accountant for Trustee Expenses (Other Firm | Allowed | 3420-000 | $0.00 | $177.30 | $177.30 | $177.30 | $0.00 | $0.00 | $0.00 |
| | JONES MURRAY & BEATTY LLP | 07/22/2021 | Attorney for Trustee Expenses (Trustee Firm) 507(A) 1 | Allowed | 3120-000 | $0.00 | $2,662.46 | $2,662.46 | $2,662.46 | $0.00 | $0.00 | $0.00 |
| | JONES MURRAY & BEATTY LLP<br><br>4119 Montrose, Suite 230<br>Houston TX 77006 | 07/22/2021 | Attorney for Trustee Fees (Trustee Firm) 507(A) 1 | Allowed | 3110-000 | $0.00 | $33,542.50 | $33,542.50 | $33,542.50 | $0.00 | $0.00 | $0.00 |
| | ATX AUCTIONS PASADENA | 07/22/2021 | AUCTIONEER COMPENSATION | Allowed | 3610-000 | $0.00 | $6,171.00 | $6,171.00 | $6,171.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | paid per ECF68 and 77 | | | | | | | | | | | |
| 23-1A | INTERNAL REVENUE SERVICE<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 05/13/2021 | Certain Internal Revenue Tax Liens | Disallowed | 4300-000 | $0.00 | $311,665.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Amended by 23-2 | | | | | | | | | | | |
| 23-2A | INTERNAL REVENUE SERVICE<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 05/13/2021 | Certain Internal Revenue Tax Liens | Allowed | 4300-000 | $0.00 | $286,751.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | SOUTHERN PRIME REALTORS | 12/20/2021 | Realtor for Trustee Expenses | Allowed | 3520-000 | $0.00 | $480.16 | $480.16 | $480.16 | $0.00 | $0.00 | $0.00 |

## CLAIM ANALYSIS REPORT

| Case No. | 20-35354-EVR | Trustee Name: | Christopher R. Murray |
|---|---|---|---|
| Case Name: | RNB CONSTRUCTION, INC. | Date: | 3/9/2022 |
| Claims Bar Date: | 02/23/2021 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | SOUTHERN PRIME REALTY | 12/20/2021 | Realtor for Trustee fees | Allowed | 3510-000 | $0.00 | $5,580.00 | $5,580.00 | $5,580.00 | $0.00 | $0.00 | $0.00 |
| 1 | HARRIS COUNTY ET AL. c/o John P. Dillman Linebarger Goggan Blair & Sampson LLP P.O. Box 3064 Houston  77253-3064 | 11/10/2020 | Real Property Tax Liens | Allowed | 4700-000 | $1,130.27 | $4,764.86 | $4,764.86 | $0.00 | $0.00 | $0.00 | $4,764.86 |

**Claim Notes:**   (1-1) Ad Valorem Taxes

| 2 | TEXAS WORKFORCE COMMISSION Regulatory Integrity Division - SAU Room 556 101 E. 15th Street Austin TX 78778-0001 | 11/18/2020 | State and Local Tax Liens | Allowed | 4800-000 | $1,277.62 | $1,287.24 | $1,287.24 | $0.00 | $0.00 | $0.00 | $1,287.24 |

**Claim Notes:**   (2-1) Unemployment taxes

| 3 | SMYRNA READY MIX DBA SRM CONCRETE c/o William Jason Walker Andrews Myers 1885 Saint James Place, 15th Floor Houston TX 77056 | 12/01/2020 | SECURED | Allowed | 4220-000 | $0.00 | $60,888.70 | $60,888.70 | $60,888.70 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   paid in full per order 1.6.21 ECF37

| 9-1 | DEERE & COMPANY D/B/A JOHN DEERE FINANCIAL PO Box 6600 Johnston IA 50131-6600 | 01/06/2021 | SECURED | Amended | 4210-000 | $77,093.37 | $28,719.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    AMENDED BY 9-2

| 15-2 | JPMORGAN CHASE BANK, N.A. PO Box 29550 Mail Code AZ1-42E3 Phoenix AZ 85038 | 07/22/2021 | SECURED | Disallowed | 4210-000 | $0.00 | $100,204.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    DUPLICATE OF 15-1

CLAIM ANALYSIS REPORT

Page No: 3

Exhibit C

| Case No. | 20-35354-EVR | | Trustee Name: | Christopher R. Murray |
| Case Name: | RNB CONSTRUCTION, INC. | | Date: | 3/9/2022 |
| Claims Bar Date: | 02/23/2021 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15-1A | JPMORGAN CHASE BANK, N.A. PO Box 29550 Mail Code AZ1-42E3 Phoenix AZ 85038 | 07/22/2021 | SECURED | Disallowed | 4210-000 | $91,432.45 | $73,204.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | CLAIM REDUCED PER a/o 07152021 #91. | | | | | | | | | | | |
| 15-1B | JPMORGAN CHASE BANK, N.A. PO Box 29550 Mail Code AZ1-42E3 Phoenix AZ 85038 | 02/03/2021 | SECURED | Allowed | 4210-000 | $0.00 | $7,000.00 | $7,000.00 | $7,000.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Stipulated claim. 07152021 #91. | | | | | | | | | | | |
| 19 | FORD MOTOR CREDIT COMPANY LLC Dept. 55953 PO Box 55000 Detroit MI 48255-0953 | 02/19/2021 | SECURED | Amended | 4210-000 | $53,911.00 | $53,831.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | JET LENDING | 12/20/2021 | Real Estate - Consensual Liens (mortgages, deeds of trust, PMSI- | Allowed | 4110-000 | $0.00 | $75,460.02 | $75,460.02 | $75,460.02 | $0.00 | $0.00 | $0.00 |
| 14 | HUGO SANCHEZ 3900 Country Road 48, Trlr 202 NW Rosharon TX 77583 | 02/03/2021 | 507(A) 4 -- WAGE | Allowed | 5300-000 | $0.00 | $3,008.26 | $3,008.26 | $0.00 | $0.00 | $891.95 | $2,116.31 |
| **Claim Notes:** | WAGE CLAIM | | | | | | | | | | | |
| | INTERNAL REVENUE SERVICE | 01/21/2022 | 507(A) 8 -- TAXES | Allowed | 5800-000 | $0.00 | $248.18 | $248.18 | $0.00 | $0.00 | $0.00 | $248.18 |
| | TEXAS EMPLOYMENT COMMISSION | 01/21/2022 | 507(A) 8 -- TAXES | Allowed | 5800-000 | $0.00 | $81.22 | $81.22 | $0.00 | $0.00 | $0.00 | $81.22 |
| | TEXAS COMPTROLLER | 07/22/2021 | Priority Tax | Allowed | 2820-000 | $0.00 | $1,538.00 | $1,538.00 | $1,538.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | paid in full; order entd 4.21.21 ECF70 | | | | | | | | | | | |
| 23-1B | INTERNAL REVENUE SERVICE | 01/17/2022 | Priority Tax | Disallowed | 5800-000 | $0.00 | $269,539.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Amended by 23-2 | | | | | | | | | | | |
| 23-2B | INTERNAL REVENUE SERVICE PO Box 7346 Philadelphia PA 19101-7346 | 05/13/2021 | Priority Tax | Allowed | 5800-000 | $0.00 | $269,539.43 | $269,539.43 | $0.00 | $0.00 | $0.00 | $269,539.43 |

CLAIM ANALYSIS REPORT                        Page No: 4            Exhibit C

| Case No.: | 20-35354-EVR | | Trustee Name: | Christopher R. Murray |
| Case Name: | RNB CONSTRUCTION, INC. | | Date: | 3/9/2022 |
| Claims Bar Date: | 02/23/2021 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 12/02/2020 | UNSECURED | Allowed | 7100-000 | $42,783.21 | $46,836.71 | $46,836.71 | $0.00 | $0.00 | $0.00 | $46,836.71 |
| 5 | READY CABLE, INC.<br>c/o C.D. Peebles<br>1604 Devon Court<br>Southlake TX 76092 | 12/11/2020 | UNSECURED | Allowed | 7100-000 | $6,178.63 | $3,277.78 | $3,277.78 | $0.00 | $0.00 | $0.00 | $3,277.78 |
| 6 | LVNV FUNDING, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | 12/15/2020 | UNSECURED | Allowed | 7100-000 | $3,532.48 | $3,548.06 | $3,548.06 | $0.00 | $0.00 | $0.00 | $3,548.06 |
| 7 | T MOBILE/T-MOBILE USA INC<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City OK 73124-8848 | 12/18/2020 | UNSECURED | Allowed | 7100-000 | $0.00 | $1,381.68 | $1,381.68 | $0.00 | $0.00 | $0.00 | $1,381.68 |
| 8 | THE OUTHOUSE BOYS<br>23933 Nichols Sawmill #5A<br>Hockley TX 77447 | 12/22/2020 | UNSECURED | Allowed | 7100-000 | $4,988.40 | $7,684.00 | $7,684.00 | $0.00 | $0.00 | $0.00 | $7,684.00 |
| 9-2 | DEERE & COMPANY D/B/A JOHN DEERE FINANCIAL<br>PO Box 6600<br>Johnston IA 50131-6600 | 01/06/2021 | UNSECURED | Allowed | 7100-000 | $0.00 | $2,313.28 | $2,313.28 | $0.00 | $0.00 | $0.00 | $2,313.28 |
| 10 | LS READY MIX<br>4422 Countrycrossing Dr<br>Spring TX 77388 | 01/22/2021 | UNSECURED | Allowed | 7100-000 | $1,055.80 | $1,760.55 | $1,760.55 | $0.00 | $0.00 | $0.00 | $1,760.55 |
| 11 | ARGOS USA LLC<br>Jeffrey S. Leeper<br>639 Whitlock Ave<br>Manetta GA 30064 | 01/22/2021 | UNSECURED | Allowed | 7100-000 | $17,299.84 | $19,777.60 | $19,777.60 | $0.00 | $0.00 | $0.00 | $19,777.60 |
| 12 | ARGOS USA LLC<br>C/O Jeffrey S. Leeper, Esq.<br>639 Whitlock Avenue<br>Marietta GA 30064 | 01/25/2021 | UNSECURED | Disallowed | 7100-000 | $0.00 | $19,777.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Claim Notes:   DUPLICATE OF #11

CLAIM ANALYSIS REPORT  Page No: 5   Exhibit C

| Case No.: | 20-35354-EVR | | | Trustee Name: | Christopher R. Murray |
| Case Name: | RNB CONSTRUCTION, INC. | | | Date: | 3/9/2022 |
| Claims Bar Date: | 02/23/2021 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | MUSTANG RENTAL SERVICES<br>12800 Northwest Freeway<br>Houston TX 77040 | 01/29/2021 | UNSECURED | Allowed | 7100-000 | $42,887.63 | $42,887.63 | $42,887.63 | $0.00 | $0.00 | $0.00 | $42,887.63 |
| 16 | LEHIGH HANSON, INC.<br>325 N. St. Paul St., Suite 4400<br>Dallas TX 75201 | 02/05/2021 | UNSECURED | Allowed | 7100-000 | $20,550.85 | $19,974.85 | $19,974.85 | $0.00 | $0.00 | $0.00 | $19,974.85 |
| 17 | REGIONS BANK<br>c/o Katya G. Long<br>Johnston Clem Gifford PLLC<br>1717 Main Street, Suite 3000<br>Dallas TX 75201 | 02/05/2021 | UNSECURED | Allowed | 7100-000 | $161,611.39 | $167,077.74 | $167,077.74 | $0.00 | $0.00 | $0.00 | $167,077.74 |
| 18 | CMC STEEL FABRICATORS INC.<br>dba CMC Construction Services<br>11811 East Freeway<br>#660<br>Houston TX 77029 | 02/12/2021 | UNSECURED | Allowed | 7100-000 | $10,478.62 | $10,478.62 | $10,478.62 | $0.00 | $0.00 | $0.00 | $10,478.62 |
| 19A | FORD MOTOR CREDIT COMPANY LLC DEPT. 55953<br>PO Box 55000<br>Detroit MI 48255-0953 | 02/19/2021 | UNSECURED | Allowed | 7100-000 | $0.00 | $5,582.91 | $5,582.91 | $0.00 | $0.00 | $0.00 | $5,582.91 |
| 20 | TEXAS MUTUAL INSURANCE COMPANY<br>2200 Aldrich St<br>Austin TX 78723 | 02/22/2021 | UNSECURED | Allowed | 7100-000 | $0.00 | $2,986.62 | $2,986.62 | $0.00 | $0.00 | $0.00 | $2,986.62 |
| 21 | TEXAS SIGN CRAFT<br>2635 Miller Ranch Road Ste 103<br>Pearland TX 77584 | 02/25/2021 | UNSECURED TARDILY FILED 726 (a)(3) | Allowed | 7200-000 | $0.00 | $18,177.67 | $18,177.67 | $0.00 | $0.00 | $0.00 | $18,177.67 |
| 22 | LEAF, C/O LEGAL DEPARTMENT<br>2005 Markey St. 14th Floor<br>Philadelphia PA 19103 | 02/25/2021 | UNSECURED TARDILY FILED 726 (a)(3) | Allowed | 7200-000 | $0.00 | $7,020.34 | $7,020.34 | $0.00 | $0.00 | $0.00 | $7,020.34 |

**CLAIM ANALYSIS REPORT**  Page No: 6    Exhibit C

| Case No. | 20-35354-EVR | | | | | | | Trustee Name: | Christopher R. Murray | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | RNB CONSTRUCTION, INC. | | | | | | | Date: | 3/9/2022 | | | |
| Claims Bar Date: | 02/23/2021 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | ARGOS USA LLC<br><br>Jeffrey S. Leeper<br>639 Whitlock Ave<br>Manetta GA 30064 | 10/21/2021 | UNSECURED TARDILY FILED 726 (a)(3) | Allowed | 7200-000 | $0.00 | $24,727.14 | $24,727.14 | $0.00 | $0.00 | $0.00 | $24,727.14 |
| 25 | ARGOS USA, LLC<br><br>c/o Jeffrey Leeper, Busch, Reed, Jones a<br>639 Whitlock Avenue<br>Marietta GA 30064 | 10/26/2021 | UNSECURED TARDILY FILED 726 (a)(3) | Allowed | 7200-000 | $0.00 | $24,737.14 | $24,737.14 | $0.00 | $0.00 | $0.00 | $24,737.14 |
| 23-1C | INTERNAL REVENUE SERVICE | 01/17/2022 | FINES, PENALTY, FORFEITURE 726 (a)(4) | Allowed | 7300-000 | $0.00 | $61,515.08 | $61,515.08 | $0.00 | $0.00 | $0.00 | $61,515.08 |

**Claim Notes:** Amended by 23-2

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-2C | INTERNAL REVENUE SERVICE<br><br>PO Box 7346<br>Philadelphia PA 19101-7346 | 05/13/2021 | FINES, PENALTY, FORFEITURE 726 (a)(4) | Allowed | 7300-000 | $0.00 | $61,515.08 | $61,515.08 | $0.00 | $0.00 | $0.00 | $61,515.08 |
| | HANSZEN LAPORTE LLP | 07/22/2021 | OTHER | Allowed | 8500-002 | $0.00 | $27,436.00 | $27,436.00 | $27,436.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** paid per order entd 1.6.21 ECF37

| | | | | | $2,206,861.21 | $1,063,168.04 | $232,264.64 | $0.00 | $891.95 | $830,011.45 |
|---|---|---|---|---|---|---|---|---|---|---|

CLAIM ANALYSIS REPORT          Page No: 7          Exhibit C

| Case No. | 20-35354-EVR | Trustee Name: | Christopher R. Murray |
| Case Name: | RNB CONSTRUCTION, INC. | Date: | 3/9/2022 |
| Claims Bar Date: | 02/23/2021 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| 507(A) 4 -- WAGE | $3,008.26 | $3,008.26 | $0.00 | $0.00 | $891.95 | $2,116.31 |
| 507(A) 8 -- TAXES | $329.40 | $329.40 | $0.00 | $0.00 | $0.00 | $329.40 |
| ACCOUNTANT COMPENSATION - Other Firm | $11,328.50 | $11,328.50 | $11,328.50 | $0.00 | $0.00 | $0.00 |
| Accountant for Trustee Expenses (Other Firm | $177.30 | $177.30 | $177.30 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Expenses (Trustee Firm) 507(A) 1 | $2,662.46 | $2,662.46 | $2,662.46 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Trustee Firm) 507(A) 1 | $33,542.50 | $33,542.50 | $33,542.50 | $0.00 | $0.00 | $0.00 |
| AUCTIONEER COMPENSATION | $6,171.00 | $6,171.00 | $6,171.00 | $0.00 | $0.00 | $0.00 |
| Certain Internal Revenue Tax Liens | $598,416.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| FINES, PENALTY, FORFEITURE 726 (a)(4) | $123,030.16 | $123,030.16 | $0.00 | $0.00 | $0.00 | $123,030.16 |
| OTHER | $27,436.00 | $27,436.00 | $27,436.00 | $0.00 | $0.00 | $0.00 |
| Priority Tax | $540,616.86 | $271,077.43 | $1,538.00 | $0.00 | $0.00 | $269,539.43 |
| Real Estate - Consensual Liens (mortgages, deeds of trust, PMSI- | $75,460.02 | $75,460.02 | $75,460.02 | $0.00 | $0.00 | $0.00 |
| Real Property Tax Liens | $4,764.86 | $4,764.86 | $0.00 | $0.00 | $0.00 | $4,764.86 |
| Realtor for Trustee Expenses | $480.16 | $480.16 | $480.16 | $0.00 | $0.00 | $0.00 |
| Realtor for Trustee fees | $5,580.00 | $5,580.00 | $5,580.00 | $0.00 | $0.00 | $0.00 |
| SECURED | $323,848.05 | $67,888.70 | $67,888.70 | $0.00 | $0.00 | $0.00 |
| State and Local Tax Liens | $1,287.24 | $1,287.24 | $0.00 | $0.00 | $0.00 | $1,287.24 |
| TRUSTEE COMPENSATION - 507(a) 1 -- 503(b) ADMINISTRATIVE | $18,713.73 | $18,713.73 | $0.00 | $0.00 | $0.00 | $18,713.73 |
| UNSECURED | $355,345.63 | $335,568.03 | $0.00 | $0.00 | $0.00 | $335,568.03 |
| UNSECURED TARDILY FILED 726 (a)(3) | $74,662.29 | $74,662.29 | $0.00 | $0.00 | $0.00 | $74,662.29 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      20-35354
Case Name:     RNB CONSTRUCTION, INC.
Trustee Name:  Christopher R. Murray

Balance on hand:    $98,440.75

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
|  | JET Lending | $75,460.02 | $75,460.02 | $75,460.02 | $0.00 |
| 1 | Harris County et al. | $4,764.86 | $4,764.86 | $0.00 | $4,764.86 |
| 2 | Texas Workforce Commission | $1,287.24 | $1,287.24 | $0.00 | $1,287.24 |
| 3 | Smyrna Ready Mix DBA SRM Concrete | $60,888.70 | $60,888.70 | $60,888.70 | $0.00 |
| 9-1 | Deere & Company d/b/a John Deere Financial | $28,719.00 | $0.00 | $0.00 | $0.00 |
| 15-1B | JPMorgan Chase Bank, N.A. | $7,000.00 | $7,000.00 | $7,000.00 | $0.00 |
| 19 | Ford Motor Credit Company LLC | $53,831.91 | $0.00 | $0.00 | $0.00 |
| 23-2A | Internal Revenue Service | $286,751.74 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:    $6,052.10
Remaining balance:    $92,388.65

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Christopher R. Murray, Trustee Fees | $18,713.73 | $0.00 | $18,713.73 |
| Jones Murray, 04302021 #73. First Interim atty Fees., Attorney for Trustee Fees | $33,542.50 | $16,720.00 | $0.00 |
| Jones Murray, Second and Final atty Expenses. 11102021 #113., Attorney for Trustee Expenses | $2,662.46 | $1,591.98 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

| | | | |
|---|---:|---:|---:|
| Wm West, First and final acct fees. 12202021 #117., Accountant for Trustee Fees | $11,328.50 | $11,328.50 | $0.00 |
| Wm West, First and final atty expenses. 12202021 #117., Accountant for Trustee Expenses | $177.30 | $177.30 | $0.00 |
| ATX Auctions Pasadena, Auctioneer for Trustee Fees | $6,171.00 | $6,171.00 | $0.00 |
| Other: Jones Murray, Second and Final atty Fees. 11102021 #113., Attorney for Trustee Fees | $33,542.50 | $16,822.50 | $0.00 |
| Other: Jones, Murray, 04302021 #73. First Interim atty Expenses., Attorney for Trustee Expenses | $2,662.46 | $1,070.48 | $0.00 |
| Other: Realtor commission. 05282021 #85., Realtor for Trustee Fees | $5,580.00 | $5,580.00 | $0.00 |
| Other: Realtor expenses. 05282021 #85., Realtor for Trustee Expenses | $480.16 | $480.16 | $0.00 |

Total to be paid for chapter 7 administrative expenses:     $18,713.73
Remaining balance:     $73,674.92

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $73,674.92

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $272,877.09 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 14 | Hugo Sanchez | $3,008.26 | $0.00 | $3,008.26 |
| 23-2B | Internal Revenue Service | $269,539.43 | $0.00 | $70,580.40 |
| | INTERNAL REVENUE SERVICE Federal Unemployment (Employer) | $18.05 | $0.00 | $4.73 |
| | INTERNAL REVENUE SERVICE Medicare (Employer) | $43.62 | $0.00 | $11.42 |
| | INTERNAL REVENUE SERVICE Social Security (Employer) | $186.51 | $0.00 | $48.84 |
| | TEXAS EMPLOYMENT | $81.22 | $0.00 | $21.27 |

UST Form 101-7-TFR (5/1/2011)

|  | COMMISSION State Unemployment (Employer) |  |  |  |
|---|---|---|---|---|

|  |  |  |
|---|---|---|
| Total to be paid to priority claims: | | $73,674.92 |
| Remaining balance: | | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $335,568.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 4 | American Express National Bank | $46,836.71 | $0.00 | $0.00 |
| 5 | Ready Cable, Inc. | $3,277.78 | $0.00 | $0.00 |
| 6 | LVNV Funding, LLC | $3,548.06 | $0.00 | $0.00 |
| 7 | T Mobile/T-Mobile USA Inc | $1,381.68 | $0.00 | $0.00 |
| 8 | The Outhouse Boys | $7,684.00 | $0.00 | $0.00 |
| 9-2 | Deere & Company d/b/a John Deere Financial | $2,313.28 | $0.00 | $0.00 |
| 10 | LS Ready Mix | $1,760.55 | $0.00 | $0.00 |
| 11 | Argos USA LLC | $19,777.60 | $0.00 | $0.00 |
| 13 | Mustang Rental Services | $42,887.63 | $0.00 | $0.00 |
| 16 | Lehigh Hanson, Inc. | $19,974.85 | $0.00 | $0.00 |
| 17 | Regions Bank | $167,077.74 | $0.00 | $0.00 |
| 18 | CMC Steel Fabricators Inc. | $10,478.62 | $0.00 | $0.00 |
| 19A | Ford Motor Credit Company LLC Dept. 55953 | $5,582.91 | $0.00 | $0.00 |
| 20 | Texas Mutual Insurance Company | $2,986.62 | $0.00 | $0.00 |

|  |  |  |
|---|---|---|
| Total to be paid to timely general unsecured claims: | | $0.00 |
| Remaining balance: | | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $74,662.29 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-TFR (5/1/2011)

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 21 | Texas Sign Craft | $18,177.67 | $0.00 | $0.00 |
| 22 | LEAF, c/o Legal Department | $7,020.34 | $0.00 | $0.00 |
| 24 | Argos USA LLC | $24,727.14 | $0.00 | $0.00 |
| 25 | Argos USA, LLC | $24,737.14 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $123,030.16 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 23-1C | INTERNAL REVENUE SERVICE | $61,515.08 | $0.00 | $0.00 |
| 23-2C | Internal Revenue Service | $61,515.08 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

UST Form 101-7-TFR (5/1/2011)